UNITED STATES DISTRICT COURT,
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MARIAN WESTMILLER for herself as Personal Representative for The Estate of LLOYD WESTMILLER, Deceased,<br><br>        Plaintiff,<br><br>    v.<br><br>IMO INDUSTRIES, INC., et. al.,<br>        Defendants. | No.  CV 05-0945 RSM<br><br>ORDER GRANTING DEFENDANT VIAD CORPORATION'S MOTION TO AMEND THE COURT'S OPINION OF OCTOBER 20, 2005 |

THIS MATTER having come on duly and regularly before the undersigned judge of the above-entitled court upon Defendant Viad Corporation's Motion to Amend the Court's Opinion of October 20, 2005, the parties appearing by and through their respective counsel, the Court having considered the records and files herein and being fully apprised in the premises, now, therefore,

ORDER GRANTING DEFENDANT
VIAD CORPORATION'S MOTION
TO AMEND THE COURT'S OPINION
OF OCTOBER 20, 2005 - 1

GARDNER BOND TRABOLSI
ST. LOUIS & CLEMENT PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318

1   IT IS HEREBY ORDERED that this Court's slip opinion of October 20, 2005 in the

2  case of *Westmiller v. IMO Industries, Inc., et. al.,* 2005 WL 2850334 (W.D. Wash) be

3  amended.  Footnote 1 should read as follows:

4   Viad is the **alleged** successor-in-interest to Griscom-Russell, who actually
    manufactured the distillers (destilization units) used on the Navy vessels;
5   these distillers were insulated with asbestos when installed on the ships.

6

  DONE IN OPEN COURT this 13th day of January, 2006.
7

8

9                                           _____
                                            RICARDO S. MARTINEZ
10                                          UNITED STATES DISTRICT JUDGE

11

12  s/ Ronald C. Gardner
    State Bar Number 9270
13  s/ David D. Mordekhov
    State Bar Number 32900
14  GARDNER BOND TRABOLSI
    ST. LOUIS & CLEMENT, PLLC
15  2200 Sixth Ave., Suite 600
    Seattle, WA 98121
16  Telephone: (206) 256-6309
    Fax: (206) 123-4567
17  Email: rgardner@garderbond.com

18

19

20

21

22

23

ORDER GRANTING DEFENDANT
VIAD CORPORATION'S MOTION
TO AMEND THE COURT'S OPINION
OF OCTOBER 20, 2005 - 2

GARDNER BOND TRABOLSI
ST. LOUIS & CLEMENT PLLC
ATTORNEYS
2200 SIXTH AVENUE, SUITE 600
SEATTLE, WASHINGTON 98121
TELEPHONE (206) 256-6309
FACSIMILE (206) 256-6318